JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRVIN GENE PERRY,<br><br>          Plaintiff,<br><br>    v.<br><br>BURGOS TRANSPORT; HERIBERTO ARREDONDO LOPEZ; LORENA ARMENTA BURGOS; and DOES 1 to 50, inclusive,<br><br>          Defendants. | Case No. 5:24-cv-1324-CV (AJRx)<br><br>**ORDER GRANTING STIPULATION TO DISMISS [DOC. # 42]** |

On July 7, 2026, the Parties filed a Joint Stipulation to Dismiss Action with Prejudice (the "Stipulation"). The Court, having considered the Stipulation and good cause having been found, hereby GRANTS the Stipulation and ORDERS as follows:

The above-captioned action is hereby DISMISSED with prejudice. The clerk is directed to close the case.

**IT IS SO ORDERED**.

Dated: 7/13/26

*Cynthia Valenzuela*

HON. CYNTHIA VALENZUELA
UNITED STATES DISTRICT JUDGE

1